UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

**Honorable Dale A. Drozd**         RE: **Richard Mark Smith**
**United States District Judge**         **Docket Number: 0972 2:06CR00167-01**
**Sacramento, California**         **REQUEST TO DISMISS A PETITION, RECALL WARRANT & TERMINATE PROBATION**

Your Honor:

On November 7, 2006, Richard Mark Smith was sentenced for violating 21 U.S.C. § 844(a) – Possession of a Controlled Substance, a Class A Misdemeanor. He was placed on 12 months of Prejudgment Probation under the provisions of 18 U.S.C. § 3607.

On December 13, 2006, Your Honor issued a warrant for Mr. Smith due to his failure to submit to drug testing and failure to report a change of residence, resulting in his absconding from supervised release. A second, identical Petition for Warrant or Summons for Offender Under Supervision was filed on September 20, 2010, after the U.S. Marshals Service notified the assigned U.S. Probation Officer on September 9, 2010, that the original warrant could not be located in their system and another warrant was necessary for them to enter the warrant into the National Crime Information Center (NCIC) database.

A recent records check revealed that Mr. Smith's warrant was only visible in the Criminal Identification and Information (CII) and not in NCIC, due to an inadvertent oversight on behalf of the U.S. Marshals Services. The error has since been corrected. Records also show that in July 2007, Mr. Smith was convicted in Montana for Possession of Drug Paraphernalia, a misdemeanor, for which he received six months jail (10 days suspended) and a $555 fine; and Partner/Family Member Assault, a misdemeanor, resulting in a one-year suspended sentence and a $1,095 fine. He later relocated to Oregon, where he currently resides, with no known law enforcement contact or arrests since 2007.

Mr. Smith appears to be a law-abiding citizen and has not incurred any new arrests or convictions in the last 18 years. According to the U.S. Marshals Service in Oregon, he has a home and is employed. As such, there appears to be no benefit to removing him from the community at this time. Based on the age of the warrant, the inadvertent oversight regarding the warrants entry into the appropriate database, and the nature and circumstances of the case, I am respectfully recommending dismissing the Petition for Warrant or Summons for Offender Under Supervision, filed on September 20, 2010, recalling the warrant, and terminating Mr. Smith's Prejudgment Probation.

RE: Richard Mark Smith
Docket Number:   0972 2:06CR00167-01
**REQUEST TO DISMISS PETITON, RECALL WARRANT & TERMINATE PROBATION**

|  Respectfully submitted, | Reviewed by, |
|---|---|
| *[signature]* | *[signature]* |
| **Tanisha M. Sanford** | **Shannon L. Morehouse** |
| Supervising United States Probation Officer | Supervising United States Probation Officer |

Dated:   July 16, 2025
Roseville, California

---

## ORDER OF THE COURT

**THE COURT ORDERS:** Dismiss the Petition for Warrant or Summons for Offender Under Supervision, filed on September 20, 2010, recall the associated warrant, and terminate the Term of Prejudgment Probation.

☒   Approved          ☐   Disapproved

**OTHER:**

| July 16, 2025 | *[signature: Dale A. Drozd]* |
|---|---|
| **Date** | **Dale A. Drozd** |
|  | **United States District Judge** |

cc:   To be assigned
Assistant United States Attorney

To be assigned
Defense Counsel